123 A.3d 730

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DARRYL BISHOP, DEFENDANT–APPELLANT.

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
WILBERTO TORRES, DEFENDANT–APPELLANT.

Argued October 7, 2015—Decided October 21, 2015.

*John W. Douard,* Assistant Deputy Public Defender, argued the cause for appellants (*Joseph E. Krakora,* Public Defender, attorney).

*Joie D. Piderit,* Assistant Prosecutor, argued the cause for respondent (*Andrew C. Carey,* Middlesex County Prosecutor, attorney).

*Jennifer E. Kmieciak,* Assistant Attorney General, argued the cause for amicus curiae Attorney General of New Jersey (*John H. Hoffman,* Acting Attorney General, attorney).

*Jeffrey S. Mandel* submitted a letter in lieu of brief on behalf of amicus curiae Association of Criminal Defense Lawyers of New Jersey (*Cutolo Mandel,* attorneys).

PER CURIAM.

The judgment of the Appellate Division is affirmed, substantially for the reasons expressed in Judge Lisa's opinion reported at 429 *N.J.Super.* 533, 60 *A.*3d 806 (App.Div.2013).

*For affirmance*—Chief Justice RABNER and Justices LaVECCHIA, ALBIN, PATTERSON and SOLOMON—5.

*Opposed*—None.

*Not Participating*—Justice FERNANDEZ–VINA and Judge CUFF (temporarily assigned)—2.